**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ZAPF CREATION AG,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-1225

Judge Charles R. Norgle, Sr.

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 6 | in.studio |
| 59 | Bulls520 |
| 98 | Sedl_85 |
| 223 | onebuyfrance |
| 102 | Springking2010 |
| 158 | Fashion Show Home |
| 151 | Baby Party Club Store |
| 113 | wt852 |
| 94 | right-mall |
| 106 | top-john |
| 43 | Mjd Toy Store |
| 48 | SingNow Toy Store |
| 13 | dealgreater |
| 26 | happygoshop |
| 20 | fireballuk |

| | |
|---|---|
| 41 | littlenature_e |
| 45 | moneygather_fr |
| 47 | motorbabyus |
| 53 | powerautos |
| 56 | qualityassure |
| 60 | topchasing_us |
| 67 | wondermaker_light |

DATED: March 21, 2019          Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 21, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt