IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ZAPF CREATION AG,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-1225

Judge Charles R. Norgle, Sr.

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 275 | HZXMIAO Store |
| 253 | Saingacy |
| 115 | yfh6696931-2 |
| 78 | jewelry-base |
| 73 | homme-fashion501 |
| 71 | greenteatime2016 |
| 112 | wkfsz784 |
| 224 | passionate-lifeshine |
| 72 | home-garden-us |
| 231 | trs-seller2012 |
| 114 | xed85881rsa_4 |
| 87 | nvj5865684-4 |
| 90 | picturesque-landscape |
| 86 | mrzo_33 |
| 66 | e-suggestion |
| 64 | drmp-97 |
| 69 | flowersblossoms |
| 108 | trail-blazer21 |

| | |
|---|---|
| 95 | rrhg801983085-4 |
| 96 | saih.tan |
| 7 | secret-palace2018 |
| 93 | pxna_86 |
| 81 | lemontree0528_3 |
| 111 | whistlerecalllove |
| 132 | TOP International line |
| 145 | Ali-Jetting Toy Store |
| 170 | Idea Life Store |
| 182 | Middle |
| 144 | Ali Fashioning Toy Store |
| 187 | Pregnant Child Baby Accessories Store |
| 165 | goodgirl Store |
| 129 | mimicry1975 |

DATED: April 12, 2019

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 12, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt